*Law Offices of*

# Dario Di Lello

*1542 Route 52, Suite 1*
*Fishkill, New York 12524*
*(845) 765 0090*
*Facsimile (845) 765-8214*
**Email: dario@centralparklaw.com**

---

| | |
|---|---|
| Dario Di Lello +* | *Of Counsel* |
| + Also admitted in CT | Devon Salts |
| * Also admitted in NJ | Richard Zirt |
| | *Paralegal* |
| | Lisa O'Neill |

April 10, 2018

The Honorable Cecelia G. Morris
United States Bankruptcy Chief Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

        Re: Charles Amidon
        U.S. Bankruptcy Court- SDNY, Poughkeepsie
        Case No: 17-36395
        1. **US Bank and being serviced by Fay Servicing**
        2. **Selene Finance**

Dear Judge Morris:

    Our office represents the Debtor, Charles Amidon in the above-captioned case. This serves as a status report on the loss mitigation which is currently on the court calendar for April 17, 2018.

    On January 16, 2018, our office received a Creditor Affidavit from the law firm of McCalla Raymer Leibert Pierce, LLC representing Selene Finance in Loss Mitigation. On February 3, 2018, our office provided a complete Loss Mitigation package which was acknowledged. We believe the file is under review at this time.

                                      Respectfully Submitted,

                                      /S Dario Di Lello
                                      Dario Di Lello