

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

May 4, 2018

Hon. Judge Cecelia G. Morris
U.S. Bankruptcy Court, SDNY
355 Main Street
Poughkeepsie, NY 12601-3315

        RE:  Charles Edward Amidon, Jr.
             Case Number 17-36395-CGM
             Loss Mitigation Status

Dear Judge Morris,

      This firm represents Selene Finance LP ("Selene") as servicer for NYS CRF REO Subsidiary, LLC and provides this status update with regard to debtor's request for loss mitigation. On or about April 20, 2018, Selene sent an MDL to debtor's counsel, wherein Selene seeks approximately six month's worth of documentation to substantiate debtor's business activity including profit and loss statement, business bank statements and personal bank statements. Selene continues to work on this matter and respectfully requests and adjournment for this additional document request to be fulfilled.

                                         Respectfully Submitted,

                                      /s/ *Melissa N. Licker*
                                        Melissa Licker