

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

August 9, 2018

Hon. Judge Cecelia G. Morris
U.S. Bankruptcy Court, SDNY
355 Main Street
Poughkeepsie, NY 12601-3315

                RE:  Charles Edward Amidon, Jr.
                       Case Number 17-36395-cgm
                       Loss Mitigation Status

Dear Judge Morris,

      This firm represents Selene Finance LP ("Selene") as servicer for NYS CRF REO Subsidiary, LLC, the servicer of the debtor's mortgage loan, and provides this status update with regard to debtor's request for loss mitigation. The debtor has accepted Selene's offer of a streamline trial modification spanning from July 1, 2018 through December 1, 2018, with payments due each month in the amount of $2,546.29. As of August 9, 2018, the debtor was current on his trial plan payments with the next one becoming due September 1, 2018. It is respectfully requested that this loss mitigation matter be continued until the conclusion of the trial payment period to a date in January 2019.

                                Respectfully Submitted,

                                /s/ Melissa N. Licker___
                                Melissa Licker